AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 19 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Carlos SOTO-SALAZAR<br>YOB: 1979<br>POB: Mexico<br><br>*Defendant(s)* | Case No. M-19-2532-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 18, 2019** in the county of **Starr** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code 841<br>21 United States Code 846<br>21 United States Code 952 | Conspire, Posses with the intent to distribute, and attempted to import a controlled substance, 14 concealed packages containing approximately 9.06 kilograms of heroin, a Schedule I Controlled Substance, and approximately 1.54 kilograms of methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

"See Attachement"

☑ Continued on the attached sheet.

s/Rafael Garza Jr.
*Complainant's signature*

Rafael Garza, Jr. HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, per FRCrP 4.1, & probable cause found on:.

Date: 10/19/2019 11:40 a.m.

City and state: McAllen, Texas

*Judge's signature*

Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

Attachment A

Before the United States Magistrate Judge, Southern District of Texas, I, Rafael Garza Jr, Special Agent, United States Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, depose and say the following:

On October 18, 2019, United States Customs and Border Protection (CBP) requested assistance from Department of Homeland Security Investigations (HSI) from the office of the Resident Agent in Charge, Falcon Heights, Texas regarding a narcotic smuggling attempt. HSI Special Agent (SA) Rafael Garza Jr. responded to the Roma, Texas Port of Entry (POE) to investigate.

On October 18, 2019 at approximately 11:52 a.m., CBP Officers reported that Carlos SOTO-SALAZAR, a Mexican national applied for admission into the United States at the Roma, Texas Port of Entry. SOTO-SALAZAR was driving a Lincoln Navigator bearing Mexican License Plates (RWX856A). SOTO-SALAZAR was traveling with his wife and three (3) children. At primary inspection, CBP officers received an Alert on a Law Enforcement Database stating the vehicle was linked to a narcotic smuggling organization. CBP Officers then referred SOTO-SALAZAR and the vehicle for a secondary inspection.

At secondary inspection, SOTO-SALAZAR gave a negative declaration to CBP Officers. SOTO-SALAZAR told CBP Officers that the Lincoln Navigator belong to a friend of his. At secondary inspection, a CBP canine alerted to the area of the center console. A further search of the vehicle revealed a hidden compartment that contained 14 packages; 11 of the packages contained approximately 9.06 kilograms of a substance that field tested positive for heroin and 3 packages contained approximately 1.54 kilograms of a substance that field tested positive for methamphetamines.

HSI SA's read SOTO-SALAZAR his rights in the Spanish language which he understood and waived his right to have an attorney present while questioning. SOTO-SALAZAR stated the Lincoln Navigator belonged to a friend of his and borrowed it to travel to Laredo, Texas for the weekend. SOTO-SALAZAR initially stated his friend offered him to use the Lincoln Navigator to travel to Laredo, Texas, but his friend then began threatening to harm his family if he did not drive the vehicle across to the United States. SOTO-SALAZAR stated that at that point he knew there was something illegal in the vehicle. SOTO-SALAZAR stated once he was in Laredo, Texas, he was going to get further instructions on whether to drive the vehicle to San Antonio or Austin, Texas.

The AUSA's Office accepted federal prosecution of Carlos SOTO-SALAZAR for violations of Title 21 USC 841, 846, and 952 and was arrested by HSI. SOTO-SALAZAR was transported to the East Hidalgo Detention Center to await his initial appearance before the United States Magistrate Judge in McAllen, Texas.